

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00377-CV

Barbara Jean (Johnson) **BAKER**,
Appellant

v.

**REVERSE MORTGAGE SOLUTIONS, INC.**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29172
Honorable Bert Richardson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the appellant's motion to dismiss appeal with prejudice is GRANTED, and this appeal is DISMISSED with prejudice to the filing of any subsequent appeals relating to the judgment in the underlying cause. Costs of the appeal are taxed against the parties who incurred them

SIGNED October 30, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice